UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SALVADOR DOMINGUEZ,

                Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

-----------------------------------------------------------------

**ORDER REGARDING COMPLAINT**

21-CV-3627 (GHW) (JW)

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE**

    Plaintiff is directed to file proof of service of the Complaint (ECF No. 1) no later than Wednesday, February 23, 2022. Failure to comply with this Order will result in a recommendation to the assigned district judge that this action be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m).

    SO ORDERED.

Dated: February 16, 2022
       New York, New York

                                                              JENNIFER E. WILLIS
                                                             United States Magistrate Judge