**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SALVADOR DOMINGUEZ

                       Plaintiff,                    21 **CIVIL** 3627 (JW)

-v-                                                   **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                       Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Consent Order dated June 13, 2022, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York

      June 14, 2022

                                                            **RUBY J. KRAJICK**

                                                                           **Clerk of Court**

                                       **BY:**

                                                                           **Deputy Clerk**